UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim. No. 3:13-cr-00015-GFVT-MAS-1 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD DEMIL CLAY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition as to Reported Violations of Supervised Release filed by United States Magistrate Judge Matthew A. Stinnett. [R. 124.]  The recommendation instructed the parties to file any specific written objections within fourteen (14) days after being served with the decision, or else waive the right to further review.  *Id.* at 7.  The Defendant has not objected and the time to do so has passed.  The Defendant has filed a waiver of his right of allocution.  [R. 125.]

Upon review, the Court is satisfied that Defendant Clay knowingly and competently stipulated to the charged violations and that an adequate factual basis supports the stipulation as to each essential element of the violations charged.  Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommended Disposition **[R. 124]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Clay is **ADJUDGED** guilty of the Violations;

3. The Defendant's supervisory period is **REVOKED** with a term of incarceration of **four (4) months**; and

4. Upon his release from incarceration, he **SHALL** be placed on supervised release for a period of **six (6) years**. During his supervision, he shall receive three months of substance use treatment at the discretion of the United States Probation Office.

This the 14th day of June, 2024.

Gregory F. Van Tatenhove
United States District Judge